Ferdinand W. MOSTERTZ, Appellant, v. QUAKER PILE FABRIC CORPORATION, Appellee.

No. 6677.

Circuit Court of Appeals, Third Circuit.

Jan. 10, 1939.

T. Bertram Humphries, of Philadelphia, Pa., for appellant.

Henry N. Paul, Jr., of Philadelphia, Pa. (Wallace D. Newcomb, Henry N. Paul, Jr., and Alexander N. Rubin, all of Philadelphia, Pa., of counsel), for appellee.

Before MARIS and CLARK, Circuit Judges, and KALODNER, District Judge.

PER CURIAM.

Affirmed upon the opinion, 26 F.Supp. 250, of Judge Kirkpatrick of the court below.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MEADOW VALLEY LUMBER COMPANY, a Corporation, Respondent.

No. 9087.

Circuit Court of Appeals, Ninth Circuit.

Feb. 6, 1939.

Charles Fahy, Gen. Counsel, National Labor Relations Board of Washington, D. C., and John P. Jennings, Atty., National Labor Relations Board, of San Francisco, Cal., for petitioner.

Breed, Burpee & Robinson, of Oakland, Cal., for respondent.

Before WILBUR, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, counsel for respondent consenting thereto, ordered petition to enforce order of the National Labor Relations Board granted; that a judgment be entered enforcing said order, and certified copy thereof be issued forthwith.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. PHILLIPS PACKING COMPANY, Incorporated, Respondent.

No. 4372.

Circuit Court of Appeals, Fourth Circuit.

Aug. 30, 1938.

Charles Fahy, Gen. Counsel, Robert B. Watts, Associate Gen. Counsel, and A. Norman Somers, Atty., National Labor Relations Board, all of Washington, D. C., for petitioner.

Leonard Weinberg and Harry J. Green, both of Baltimore, Md., and LeRoy Wallace and James McAllister, both of Cambridge, Md., for respondent.

PER CURIAM.

Cause remanded to National Labor Relations Board for further proceedings in accordance with stipulation of counsel. Order filed.

NATIONAL LABOR RELATIONS BOARD, v. RED RIVER LUMBER COMPANY.

No. 9093.

Circuit Court of Appeals, Ninth Circuit.

Feb. 6, 1939.

Charles Fahy, Gen. Counsel, National Labor Relations Board, of Washington, D. C., and John P. Jennings, Atty., National Labor Relations Board, of San Francisco, Cal., for petitioner.

J. Paul St. Sure and Edward H. Moore, both of Oakland, Cal., and Bartley C. Crum, of San Francisco, Cal., for respondent.

Before WILBUR, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, counsel for respondent consenting thereto, ordered petition to enforce order of the National Labor Relations Board granted; that a judgment be entered enforcing said order, and certified copy thereof be issued forthwith.